IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | | |
|---|---|---|
| E. LUKE GREENE COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13CV00023 |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| A & G COAL CORPORATION, | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

Summary judgment for Plaintiff having been granted, it is **ORDERED and ADJUDGED** that judgment is hereby entered in favor of E. Luke Greene Company, Inc., Plaintiff herein, against A & G Coal Corporation, Defendant herein, in the sum of $89,170.00, together with prejudgment interest at the rate of 6% per annum beginning September 16, 2012.

The clerk shall close the case.

ENTER: August 5, 2013

/s/ James P. Jones
United States District Judge