IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| E. LUKE GREENE COMPANY, INC., | * |
| Plaintiff, | * |
| VS. | * Civil Action No. 2:13-CV-23 |
| A & G COAL CORPORATION, | * (Judge Jones) |
| Defendant. | * |

## SATISFACTION OF JUDGMENT

Plaintiff certifies that the Judgment (Doc. No. 19) and Bill of Costs (Doc. No. 24) herein have been fully satisfied.

_____
James N. L. Humphreys
Counsel for Plaintiff
HUNTER, SMITH & DAVIS, LLP
P. O. Box 3740
Kingsport, TN 37664
TN Bar No. 014357; VA Bar No. 27868
(423) 378-8862; Fax: (423) 378-8804
humphrey@hsdlaw.com

**STATE OF TENNESSEE**
**COUNTY OF SULLIVAN**

SUBSCRIBED AND SWORN to before me, this 10th day of October, 2013.

_____
NOTARY PUBLIC

My commission expires: March 22, 2017

## CERTIFICATE OF SERVICE

On October 10, 2013, I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Allen W. Dudley, Jr./Dustin M. Deane
James C. Justice Companies, Inc. and Affiliates
302 S. Jefferson Street
Roanoke, VA 24011
(Counsel for Defendant)

s/ James N. L. Humphreys

Humphreys/E. Luke Greene v. A & G